PER CURIAM.
Affirmed. See Davidson v. Davis, 59 Fla. 476, 52 So. 139 (1910); Sharp v. Dixon, 252 So.2d 805 (Fla. 4th DCA 1971); and General Capital Corporation v. Tel Service Co., 212 So.2d 369 (Fla. 2nd DCA 1968). Cf. American Wood Products, Inc. v. Walter E. Heller & Company Southeast, 1149 So.2d 358 (Fla. 3d DCA 1978), case number 77-425, filed May 16, 1978; and Securities Investment Company of St. Louis v. Indian Waters *446 Development Corporation, 501 F.2d 662 (5th Cir. 1974).